UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Alexander,

                        Plaintiffs,

            -against-

The City of Yonkers, et al.,

                       Defendant.

----------------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 9/15/2023 |

7:23-cv-05114-KMK-VR

**ORDER RE STATUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for 11/1/2023 at 10 AM.  The

parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739,

then # to enter the conference. At the Status Conference, the parties should be prepared to

discuss the following:

      (1) a brief summary of claims, defenses, and relevant issues;
      (2) the basis of subject matter jurisdiction;
      (3) the subjects on which discovery may be needed;
      (4) any anticipated discovery disputes or sought-after limitations on discovery;
      (5) any plans for electronic discovery and ESI protocols;
      (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
      (7) any anticipated motions; and
      (8) the prospects and timing for early settlement or resolution.

      **SO ORDERED.**

DATED:      White Plains, New York
                September 15, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge