<u>CORRECTED</u>

## <u>PLEASE NOTE DATE CHANGE</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____           │
│ DATE FILED:__ 9/18/2023    _     │
└─────────────────────────────────┘
```

Alexander,

                Plaintiffs,

      -against-

The City of Yonkers, et al.,

              Defendant.

-------------------------------------------------------------------X

7:23-cv-05114-KMK-VR

## <u>ORDER RE STATUS CONFERENCE</u>

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for <u>**11/2/2023**</u> at 10 AM.

The parties are to dial in to the ATT conference line at 877-336-1839, enter access code

5999739, then # to enter the conference. At the Status Conference, the parties should be

prepared to discuss the following:

    (1) a brief summary of claims, defenses, and relevant issues;
    (2) the basis of subject matter jurisdiction;
    (3) the subjects on which discovery may be needed;
    (4) any anticipated discovery disputes or sought-after limitations on discovery;
    (5) any plans for electronic discovery and ESI protocols;
    (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
    (7) any anticipated motions; and
    (8) the prospects and timing for early settlement or resolution.

    **SO ORDERED.**

DATED:    White Plains, New York
             September 15, 2023

                                _____
                                VICTORIA REZNIK
                                United States Magistrate Judge