# CAMPANELLI & ASSOCIATES, P.C.
ATTORNEYS AND COUNSELORS AT LAW

www.campanellipc.com

1757 Merrick Avenue · Suite 204 · Merrick, New York 11566
Telephone (516)746-1600
Facsimile (516) 746-2611

Andrew J. Campanelli
*Member of NY Bar*

Jean M. Smyth
Patricia Mackreth

COUNSEL

George B. McPhillips
*1930-1994*

January 18, 2024

*Via NYSD ECF*
Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

    Re:    Alexander v. City of Yonkers
                 Case 7:23-cv-05114-KMK-VR

Dear Judge Karas:

This firm represents Plaintiff Jeriel Alexander ("Alexander") in the above-referenced matter. I submit this letter with the consent of all counsel to request an adjournment of this morning's case management conference to a later date. Specifically, we request a date convenient for the Court after February 7, 2024, at which time the parties will appear telephonically before Magistrate Judge Reznick for a status conference.

We thank the Court for its consideration of this request.

Granted. The conference is adjourned to 2/14/24, at 2:30

So Ordered.
1/18/24

Respectfully submitted,
Campanelli & Associates, P.C.

By:    /s/ *Jean M. Smyth*
        Jean M. Smyth

cc: *All Parties via ECF*