USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

| | | |
|---|---|---|
| Alexander, | | |
| | Plaintiff(s), | 7:23-cv-05114-KMK-VR |
| -against- | | |
| City of Yonkers, et al | | **ORDER RE SETTLEMENT CONFERENCE PROCEDURES** |
| | Defendant(s). | |

-----------------------------------------------------------------X
-----------------------------------------------------------------X

| | | |
|---|---|---|
| Charles, | | |
| | Plaintiff(s), | 7:23-cv-07754-KMK-VR |
| -against- | | |
| City of Yonkers, et al | | **ORDER RE SETTLEMENT CONFERENCE PROCEDURES** |
| | Defendant(s). | |

-----------------------------------------------------------------X
-----------------------------------------------------------------X

| | | |
|---|---|---|
| Guzman, | | |
| | Plaintiff(s), | 7:23-cv-08942-KMK-VR |
| -against- | | |
| City of Yonkers, et al | | **ORDER RE SETTLEMENT CONFERENCE PROCEDURES** |
| | Defendant(s). | |

-----------------------------------------------------------------X
-----------------------------------------------------------------X

| | | |
|---|---|---|
| Turner, | | |
| | Plaintiff(s), | 7:23-cv-09118-KMK-VR |
| -against- | | |
| City of Yonkers, et al | | **ORDER RE SETTLEMENT CONFERENCE PROCEDURES** |
| | Defendant(s). | |

-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

This matter is scheduled for telephonic pre settlement conferences with **counsel for Plaintiff and counsel for Defendant, City of Yonkers only (counsel for tow companies are not scheduled for a conference at this time)** before Magistrate Judge Victoria Reznik on **May 29, 2024**. Counsel will be provided with call in information by email. **ALL PARTIES, TOW COMPANY DEFENDANTS INLCUDED, ARE REQUIRED TO SUBMIT EX PARTE POSITION PAPERS (SEE INSTRUCTIONS BELOW) IF YOU HAVE NOT DONE SO ALREADY.**

**Confidentiality.** All settlement conferences are "off the record" and strictly

confidential. All communications relating to settlement may not be used in discovery and will not be admissible at trial.

*Ex parte* **letter submissions.** No later than five (5) business days before the conference, counsel for each party must send the Court <u>by e-mail</u> an *ex parte* letter, marked "Confidential Material for Use Only at Settlement Conference," which should not be served on the other parties or filed on ECF. The letter should be sent by e-mail to [ReznikNYSDChambers@nysd.uscourts.gov](mailto:ReznikNYSDChambers@nysd.uscourts.gov).

The *ex parte* letter must not exceed ten (10) pages in length (not including exhibits) unless permission to do so has been granted by the Court. The letter should include, at a minimum, the following: (1) the history of settlement negotiations, if any, including any prior offers or demands; (2) the key issues of fact and/or law in the case; (3) the party's evaluation of the settlement value of the case and the rationale for it; (4) any case law authority in support of the party's settlement position; and (5) any other facts that would be helpful to the Court in preparation for the conference.  If a letter is accompanied by attachments exceeding ten (10) pages in length, the submitting party shall hand deliver a hard copy of the letter plus attachments to the Court.

**SO ORDERED.**

DATED:   White Plains, New York
         April 16, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge