UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Alexander,

                    Plaintiff(s),        7:23-cv-5114 KMK-VR

        -against-

City of Yonkers, et al.,        **ORDER RE**
                    Defendant(s).     **SETTLEMENT CONFERENCE**
-----------------------------------------------------------------X   **PROCEDURES**

-----------------------------------------------------------------X
Charles,

                    Plaintiff(s),       7:23-cv-7754 KMK-VR

        -against-

City of Yonkers, et al.,

                    Defendant(s).
-----------------------------------------------------------------X

-----------------------------------------------------------------X
Guzman,

                    Plaintiff(s),       7:23-cv-8942 KMK-VR

        -against-

City of Yonkers, et al.,

                    Defendant(s).
-----------------------------------------------------------------X

-----------------------------------------------------------------X
Turner,

                    Plaintiff(s),       7:23-cv-9118 KMK-VR

        -against-

City of Yonkers, et al.,

                    Defendant(s).
-----------------------------------------------------------------X
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      This matter is scheduled for a remote settlement conference on the Teams videoconferencing platform before Magistrate Judge Victoria Reznik on July 30, 2024 at 2:30

pm for all parties. Counsel will be provided with the Teams links by email before the conference. The following procedures shall apply.

1. **Confidentiality.** All settlement conferences are "off the record" and strictly confidential. All communications relating to settlement may not be used in discovery and will not be admissible at trial.

2. **Exchange of Demand/Offer.** If the plaintiff has not already made a settlement demand, such a demand must be communicated to the opposing party **no later than 14 days before the conference (July 16, 2024)**. If it has not already done so, the opposing party shall respond to any demand **no later than 7 days thereafter (July 23, 2024)**. The parties should not wait for the settlement conference to start negotiations of a resolution of their dispute.

3. **Attendance.** It is the Court's standard practice to require parties – and not just counsel – to attend settlement conferences. A person with ultimate settlement authority on behalf of each party must attend the settlement conference or otherwise be available by phone to approve any proposed settlement. Any party who fails to comply with the attendance requirements may be required to reimburse all other parties for their time and travel expenses, if any, and may face other sanctions.

    SO ORDERED.

DATED:    White Plains, New York
              June 13, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge