**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Alexander,

                            Plaintiff(s),

           -against-

City of Yonkers, et al.,

                            Defendant(s).
------------------------------------------------------------------X

**ORDER RE SETTLEMENT CONFERENCE PROCEDURES**

**FOLLOW UP SETTLEMENT CONFERENCE**

7: 23-cv-5114-KMK-VR
Rel cases
7:23-cv-07754-KMK-VR
7:23-cv-08942-KMK-VR
7:23-cv-09118-KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

      This matter is scheduled for a remote settlement conference on the Teams videoconferencing platform before Magistrate Judge Victoria Reznik on October 30, 2024, at 2:30 pm. Counsel will be provided with the Teams links by email before the conference. The parties are directed to provide an update, if any, on settlement discussions to the Court by email to rezniknysdchambers@nysd.uscourts.gov by October 28, 2024.

      **SO ORDERED.**

DATED:    White Plains, New York
               September 10, 2024

                                               _____
                                               VICTORIA REZNIK
                                               United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2024