UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JERIEL ALEXANDER,                                               23-cv-5114 (KMK)(VR)

                          Plaintiff,


         - against -                                           **PROPOSED JUDGMENT**

THE CITY OF YONKERS, COUNTY AUTO &
COMMERCIAL TOWING NORTH, INC., et al.,

                          Defendants.
-----------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DACH CHARLES,                                                   23-cv-7754 (KMK)(VR)

                          Plaintiff,

         -against-

THE CITY OF YONKERS, A&J TOWING &
AUTO BODY, INC. and WILLLIAM MULVANEY,

                          Defendants.
-----------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RICHARD GUZMAN,                                                23-CV-8942 (KMK)(VR)

                          Plaintiff,

         -against-

THE CITY OF YONKERS, DON-GLO IV OF
YONKERS SERVICE CENTER, INC., and
DOUGLAS FOLEY,

                          Defendants.
-----------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JEROME TURNER,                                      23-cv-9118(KMK)(VR)

                  Plaintiff,

-against-

THE CITY OF YONKERS, DON-GLO IV OF
YONKERS SERVICE CENTER, INC., and
DOUGLAS FOLEY,

                  Defendants.
-----------------------------------------------------------------X

Karas, J.

      The above-captioned actions having been commenced as follows:

      *Alexander v. City of Yonkers, et al.*, Case No. 23-cv-5114 on June 16, 2023; *Charles v.*

*City of Yonkers, et al.*, Case No. 23-cv-7754 on August 31, 2023; *Guzman v. City of Yonkers, et*

*al.*, Case No. 23-cv-8942 on October 11, 2023; and *Turner v. City of Yonkers, et al.,* Case No. 23-

cv-9118 on October 17, 2023; and it appearing that Defendant City of Yonkers ("Defendant

City") made an offer of judgment, as to all the above-referenced cases combined, pursuant to

Federal Rule of Civil Procedure 68 on January 2, 2025; and it appearing that the Plaintiffs,

Alexander, Charles, Guzman and Turner ("Plaintiffs") accepted that offer on January 7, 2025;

and Plaintiffs having filed the offer, acceptance, and appropriate proof of service with the Court

in accordance with Rule 68(a); and good cause having been shown; judgment is hereby entered

against the Defendant City pursuant to Fed. R. Civ. P. 68 as follows:

      Judgment is entered in favor of Plaintiffs and against Defendant, City of Yonkers, in the

amount of $70,000, inclusive of all costs and attorneys' fees at issue in this action.

      This Court shall retain jurisdiction of this action to ensure compliance with this Order and

for all other purposes related to these actions.

There being no reason for delay, the Clerk of the Court is hereby instructed to enter this

Order and Judgment against Defendant City of Yonkers forthwith and without further notice.

SO ORDERED, this 8th day of ___January___, 2025.


Dated: White Plains, New York
       ___January 8___, 2025


_____
Kenneth M. Karas, U.S.D.J.